**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-01956-PAB-MJW

LEO LECH,
ALFONSINA LECH,
JOHN LECH,
ANNA MUMZHIYAN, individually,
and on behalf of her minor son, D.Z.,

Plaintiffs

v.

CHIEF JOHN A. JACKSON of the Greenwood Village Police Department, individually, and in his official capacity,
COMMANDER DUSTIN VARNEY of the Greenwood Village Police Department, individually, and in his official capacity,
OFFICER MIC SMITH of the Greenwood Village Police Department, individually, and in his official capacity,
OFFICER JEFF MULQUEEN of the Greenwood Village Police Department, individually, and in his official capacity,
OFFICER AUSTIN SPEER of the Greenwood Village Police Department, individually, and in his official capacity,
OFFICER JARED ARTHUR of the Greenwood Village Police Department, individually, and in his official capacity,
OFFICER BRYAN STUEBINGER of the Greenwood Village Police Department, individually, and in his official capacity,
OFFICER JUAN VILLALVA of the Greenwood Village Police Department, individually, and in his official capacity,
OFFICER ANDY WYNDER of the Greenwood Village Police Department, individually, and in his official capacity,
OFFICER ANTHONY COSTARELLA of the Greenwood Village Police Department, individually, and in his official capacity,
OFFICER ROB HASCHE of the Greenwood Village Police Department, individually, and in his official capacity,
AND THE CITY OF GREENWOOD VILLAGE,

Defendants

**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER AS AN ORDER OF THE COURT**

The Parties to the above-captioned matter, by and through their undersigned counsel, jointly move this Court to enter the Parties' proposed Stipulated Protective Order, attached hereto, as an Order of the Court, to protect the discovery and dissemination of certain limited confidential information. In support of this Motion, the Parties state as follows:

1. The Parties agree that a Protective Order is necessary to protect certain, limited confidential information to be produced as part of discovery.

2. The Parties submit the attached proposed Stipulated Protective Order, which counsel for each Party has reviewed and approved.

3. Good cause exists for the issuance of the attached proposed Stipulated Protective Order for the reasons stated in the proposed Order and the reasons stated above.

WHEREFORE, the Parties respectfully request that this Court enter the Stipulated Protective Order as an Order of the Court.

Respectfully submitted this 24th day of October, 2016.

        *s/ Ashley Hernandez-Schlagel*
        J. Andrew Nathan, #3295
        Marni Nathan Kloster, #34947
        Ashley Hernandez-Schlagel, #43914
        NATHAN DUMM & MAYER P.C.
        7900 E. Union Avenue, Suite 600
        Denver, CO  80237-2776
        Phone Number: (303) 691-3737
        Email*: aschlagel@ndm-law.com*
        *Attorneys for Defendant*

        -AND-

        *s/ Rachel B. Maxam*
        Rachel B. Maxam, #47711
        Law Office of Rachel B. Maxam, PLLC
        1512 Larimer St., Ste. 600
        Denver, CO 80202
        Tel: (720) 526-2928
        Rachel@maxamlawfirm.com
        *Attorney for Plaintiffs*

-3-

        *s/ David K. Williams, Jr.*_____
        David K. Williams, Jr., #34629
        Williams Law Office, LLC
        PO Box 371416
        Denver, CO 80237
        Tel: (303) 588-2731
        dave@dkwilliams.net
        *Attorney for Plaintiffs*

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of October, 2016, I electronically filed the foregoing **JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER AS AN ORDER OF THE COURT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following at their e-mail addresses:.

Rachel B. Maxam
Law Office of Rachel B. Maxam, PLLC
1512 Larimer St., Ste. 600
Denver, CO 80202
Tel: 720-526-2928
Fax: 720-634-0643
Email: rachel@maxamlawfirm.com
Attorney Reg. No. 47711

David K. Williams, Jr.
Williams Law Office LLC
PO Box 371416
Denver, CO 8237
Tel: 303-588-2731
Email: dave@dkwilliams.net
Attorney Reg. No. 34629

*s/ Ashley Hernandez-Schlagel*
J. Andrew Nathan
Marni Nathan Kloster
Ashley Hernandez-Schlagel
Attorney for Defendants
NATHAN DUMM & MAYER P.C.
7900 E. Union Avenue, Suite 600
Denver, CO  80237-2776
Phone Number:  (303) 691-3737
Facsimile:  (303) 757-5106